IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60555
Summary Calendar
_____

OKWY GODWIN ACHUSI,

                                        Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

                                        Respondent.

- - - - - - - - - -
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A29 573 882
- - - - - - - - - -
July 17, 1997

Before JONES, DeMOSS and PARKER, Circuit Judges.

PER CURIAM:[*]

Okwy Godwin Achusi (Godwin) petitions for review of the
Board of Immigration Appeals's decision that he will not suffer
"extreme hardship" if he is deported to Nigeria. *See* 8 U.S.C.
§ 1254(a)(1). Godwin has failed to establish that he will suffer
the type of unique or unusually severe hardship which would
compel a finding of "extreme hardship" by the Board. *See*
*Hernandez-Cordero v. INS*, 819 F.2d 558, 562-63 (5th Cir. 1987)

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

(en banc).  The Board did not abuse its discretion in denying his application for suspension of deportation.  *See id.*

PETITION DENIED.